IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01386-WYD-MEH

JOHN DOE #9,

      Petitioner,

v.

MALIBU MEDIA, LLC,

      Respondent.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2012.**

The Motion to Withdraw as Counsel [filed June 18, 2012; docket #7] filed by Jason Kotzer on behalf of M. Keith Lipscomb and Steven Eisenberg is **denied without prejudice**. Pursuant to D.C. Colo. LCivR 11.1A, "an appearance by or on behalf of a party shall be made...in a pleading, motion, entry of appearance, or other paper personally signed by the individual making the appearance." In this case, the Motion to Quash filed by John Doe #9 contains documents signed by Mr. Lipscomb and Mr. Eisenberg; thus, the Clerk of the Court has entered their appearances accordingly. (Dockets ##1-1, 1-2.) .

Local Rule 83.3D provides that "[a]n attorney who has appeared in a case may seek to withdraw on motion showing good cause." The Court interprets this provision to require any attorney seeking leave to withdraw to file a motion on his or her own behalf. Thus, if counsel wish to withdraw from this case, they must file their own respective motions with the Court.